# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JUSTIN ROBERT JORDAN, <br> *Plaintiff* <br> v. <br> DAVE TRIESCHMANN, <br> *Defendant* | ) ) ) ) ) ) <br> Civil Action No. 2:17-CV-00089-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Second Amended Complaint is DISMISSED with prejudice under 28 U.S.C. 1915(e)(2) and 1915A(b)(1).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian .

Date: 11/28/2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen